881 A.2d 1262

**Anibal MALDONADO, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 28, 2005.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of September, 2005, the order of the Commonwealth Court is AFFIRMED.